# Order

**Michigan Supreme Court**
**Lansing, Michigan**

Bridget M. McCormack,
Chief Justice

August 14, 2020

David F. Viviano,
Chief Justice Pro Tem

161540

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

*In re* SHERIDAN, Minors.

SC: 161540
COA: 351263
Kent CC Family Division:
17-053435-NA; 17-053436-NA

_____/

On order of the Court, the application for leave to appeal the May 21, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 14, 2020



Clerk

s0811